UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SAM ZED WONG,
an individual,

        Plaintiff,

v.

        Case No.: 8:25-cv-00227-WFJ-LSG

LEXISNEXIS RISK SOLUTIONS, INC.
a foreign for-profit corporation,

        Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, SAM ZED WONG, hereby notifies the Court that Plaintiff and Defendant, LEXISNEXIS RISK SOLUTIONS, INC., have reached a settlement in principle in this action. Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 2, 2025, I filed a true and correct copy of the above and foregoing via CM/ECF which will electronically serve all counsel of record.

        **SWIFT LAW PLLC**

        /s/ *Jon P. Dubbeld*
        **Jon P. Dubbeld, Esq., FBN 105869**
        **Jordan T. Isringhaus, Esq., FBN 0091487**
        **Aaron M. Swift, Esq., FBN 0093088**
        **Sean E. McEleney, Esq., FBN 125561**

11300 4th St. N., Suite 260
St. Petersburg, FL 33716
Phone: (727) 490-9919
Fax: (727) 255-5332
aswift@swift-law.com
jisringhaus@swift-law.com
jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*
